

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| EMILY LIVINGSTON SCOWN AND | | No. 08-16-00301-CV |
| BARBARA SCOWN, | § | |
| | | Appeal from |
| Appellants, | § | |
| | | 394th District Court |
| v. | § | |
| | | of Brewster County, Texas |
| THE CITY OF ALPINE, TEXAS, | § | |
| | | (TC # 2015-03-B0705-CV) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MARCH, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.